# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2005

128612

JEANETTE M. JORDAN,
   Plaintiff-Appellant,

v

GENERAL MOTORS CORPORATION,
Self-Insured,
   Defendant-Appellee.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 128612
COA: 258831
WCAC: 03-000401

   On order of the Court, the application for leave to appeal the April 14, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2005

_____
Clerk